# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFRED SALINAS,<br><br>            Petitioner,<br><br>      v.<br><br>ROBERT A. HOREL,<br><br>            Respondent. | No. CV 07-459-JSL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Feb. 1, 2010

_J. SPENCER LETTS_
SENIOR UNITED STATES DISTRICT JUDGE